IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America, ) | |
| ) | Criminal No. 9:10-cr-271-BHH |
| v. ) | |
| Ernesto Martin, ) | **ORDER** |
| Defendant. ) | |

This matter is before the Court upon Defendant Ernesto Martin's ("Defendant") *pro se* motion for a reduction of his sentence filed pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 821 to the Sentencing Guidelines. (ECF No. 65.) After review, however, the Court finds that Amendment 821 does not apply in this case, as the amendment does not have the effect in lowering Defendant's applicable guidelines range pursuant to U.S.S.G. §1B1.10(a)(2)(B).

Accordingly, Defendant's § 3582(c)(2) motion (ECF No. 65) is hereby **DENIED**.

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

July 23, 2025
Charleston, South Carolina